**IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.**

**Dated: July 07, 2010**

1

## TIFFANY & BOSCO
P.A.

2 **2525 EAST CAMELBACK ROAD**

3 **SUITE 300**

**PHOENIX, ARIZONA 85016**

4 **TELEPHONE: (602) 255-6000**

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

5 **FACSIMILE: (602) 255-0192**

_____

6 Mark S. Bosco
State Bar No. 010167

7 Leonard J. McDonald
State Bar No. 014228

8 Attorneys for Movant

9 10-13757

10 **IN THE UNITED STATES BANKRUPTCY COURT**

11 **FOR THE DISTRICT OF ARIZONA**

12

13 IN RE:

No. 2:10-bk-08853-SSC

14 Craig Henry Clausen
              Debtor.

Chapter 7

15 _____

ORDER

16 U.S. Bank, National Association
              Movant,

17            vs.

(Related to Docket #14)

18 Craig Henry Clausen, Debtor, Roger W. Brown,
Trustee.

19

20            Respondents.

21

22            Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

23 Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

24 and no objection having been received, and good cause appearing therefore,

25            IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 25, 2008 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and Craig Henry Clausen has an interest in, further described as:

> LOT 192, OF PETERSON FARMS UNIT 2, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY ARIZONA, RECORDED IN BOOK 588 OF MAPS, PAGE 6.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.